IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN LAMAR HOPKINS,

          Plaintiff,

  v.

CONTRA COSTA COUNTY SHERIFF
DAVID O. LIVINGSTON, et al.,

          Defendants.
_____/

No. C 12-0813 JSW (PR)

**ORDER DENYING APPOINTMENT
OF COUNSEL**

(Docket No. 30)

Plaintiff, an inmate at the West County Detention Facility, has filed this pro se civil rights complaint under 42 U.S.C. § 1983. His motion for appointment of counsel (docket number 30) is DENIED. There is no constitutional right to counsel in a civil case. *Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981). 28 U.S.C. § 1915 confers on a district court only the power to "request" that counsel represent a litigant who is proceeding in forma pauperis. 28 U.S.C. § 1915(e)(1). The Court has only the power to ask pro bono counsel to represent plaintiff, not the power to "appoint" counsel. Here, plaintiff continues to be capable of presenting his claims effectively, and the issues, at least at this stage, are not complex. The motion (docket number 30) is DENIED without prejudice to the Court's sua sponte reconsideration if the case proceeds to trial.

      IT IS SO ORDERED.

DATED:  __08/21/2012_____

                           _____
                           JEFFREY S. WHITE
                           United States District Judge

**United States District Court**
For the Northern District of California