IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMAR HOPKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONTRA COSTA COUNTY SHERIFF<br>DAVID O. LIVINGSTON, et al.,<br><br>　　　　Defendants.<br>_____ | No. C 12-0813 JSW (PR)<br><br>**ORDER DENYING MOTION<br>FOR STAY; GRANTING<br>EXTENSION OF TIME**<br><br><br><br>(Docket No. 56) |

　　　　Plaintiff filed this pro se civil rights complaint under 42 U.S.C. § 1983 while he was incarcerated in the Contra Costa County Jail. Plaintiff filed a motion for summary judgment and Defendants filed a motion to dismiss on exhaustion grounds. Plaintiff has filed a motion to indefinitely stay this case because he is now in a drug treatment facility and claims to be unable to oppose Defendants' motion. The matters necessary to oppose Defendants' exhaustion motion are within Plaintiff's personal knowledge because he knows what administrative remedies he pursued regarding his claims. He has not presented grounds for staying this case, and certainly not for staying it indefinitely. Accordingly, his motion (docket number 56) is DENIED. He is, however, granted an extension of time, to and including **December 7, 2012**, in which to oppose Defendants' motion. Defendants **shall** file a reply brief within **14 days** of the date the opposition is filed.

　　　　IT IS SO ORDERED.

DATED: November 8, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LAMAR HOPKINS,

    Plaintiff,

v.

CONTRA COSTA COUNTY et al,

    Defendant.

Case Number: CV12-00813 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 8, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin L. Hopkins CC11CZ851
3012 High Street
Oakland, CA 94619

Dated: November 8, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk