IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN LAMAR HOPKINS,

    Plaintiff,

    v.

CONTRA COSTA COUNTY SHERIFF DAVID O. LIVINGSTON, et al.,

    Defendants.

No. C 12-0813 JSW (PR)

**ORDER DENYING REFERRAL TO FEDERAL PRO BONO PROJECT; INSTRUCTIONS TO CLERK**

(Docket Nos. 64, 65, 67)

    Plaintiff, an inmate in county jail, has filed this pro se civil rights complaint under 42 U.S.C. § 1983. He has filed motions to be referred to the Federal Pro Bono Project for location of pro bono counsel to represent him. His motion for appointment of counsel was previously denied because there is no constitutional right to counsel in a civil case, he is capable of presenting his claims effectively, and the issues in the case are not complex. His present motions are DENIED for the same reasons. The Court has already informed him that the case will be referred for pro bono counsel by the Court on its own if circumstances of the case necessitate. This means that Plaintiff should not continue to file requests for counsel.

    Plaintiff has also filed a "motion of improper service" stating that he never received a copy of the order of February 8, 2013, denying Plaintiff's motion for summary judgment and denying Defendants' motion to dismiss in part. Plaintiff requests a copy of the order and to be given "ample time to appeal." The order was not a final or appealable order, however. Plaintiff may appeal the

court's rulings when final judgment is entered. The Clerk shall mail Plaintiff another copy of the February 8, 2013, order.

IT IS SO ORDERED.

DATED: March 22, 2013

JEFFREY S. WHITE
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LAMAR HOPKINS,

    Plaintiff,

  v.

CONTRA COSTA COUNTY et al,

    Defendant.

Case Number: CV12-00813 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin L. Hopkins CC11CZ851
3012 High Street
Oakland, CA 94619

Dated: March 22, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk